## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Oscar Mendez Paz, individually and on behalf of other employees similarly situated, known and unknown, Plaintiff<br>v.<br>Transmission 4 Less Co of America and Salim N. Safran, Individually, Defendants | Case No. 16-cv-895<br><br>Hon. Judge Shadur |

### JOINT STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between the parties to the above entitled action, by their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that this matter shall be dismissed in its entirety, without prejudice, with each party incurring its own attorneys' fees and costs.

/s/Raisa Alicea
Raisa Alicea
Consumer Law Group, LLC
6232 N. Pulaski, Ste. 200
Chicago, IL 60646
(312) 800-1017
ralicea@yourclg.com

/s/Alan Rhine
Alan Rhine
Law Offices of Alan Rhine
111 W. Washington St., Ste. 1550
Chicago, IL 60602
(312) 201-1770
rindhorn@sbcglobal.net